**LAW OFFICES OF**
**CHRISTOPHER THOMPSON**
**33 DAVISON LANE EAST**
**WEST ISLIP, NEW YORK 11795**

PH 1(631) 983-8830                                                                                   FAX 1(631) 983-8831

BY ECF FILING NOVEMBER 6, 2020

Hon. Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

<u>RE: Naples, et al. v. Stefanelli, et al., Civil Case No.: 2:12-cv-04460 GRB-AYS</u>

Dear Judge Brown:

  This office represents Plaintiffs; James V. Naples and James C. Naples (collective "Naples") in the above action.

  Your Honor directed a response to DE113 by November 6, 2020.

  I am pleased to advise all parties have agreed to the resolution of this case and the dismissal of all causes of action and counterclaims.

  In light of the intended dismissal and upon reliance of the discontinuance, defendants will not be pursuing summary judgment as directed by the court to be filed on or before November 23, 2020.

  As such, we respectfully request an addition three (3) weeks to November 27, 2020 to allow the parties to paper the resolution.

  Respectfully submitted,

<u>Christopher Thompson, ESQ.</u>
Christopher Thompson, ESQ.

CT:ct
cc: All Counsel via ecf